D1HLWALS                         Sentence

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x

UNITED STATES OF AMERICA,

        v.                                    11 CR 424 (NRB)

CHAIM WALTER,

        Defendant.

------------------------------x

                                     New York, N.Y.
                                     January 17, 2013
                                     3:47 p.m.

Before:

                  HON. NAOMI REICE BUCHWALD,

                                   District Judge

                      APPEARANCES

PREET BHARARA
    United States Attorney for the
    Southern District of New York
JANIS ECHENBERG
    Assistant United States Attorney

JACOB LAUFER, P.C.
    Attorneys for Defendant
BY:  JACOB LAUFER
    SHULAMIS PELTZ

ALSO PRESENT:  RYAN GIBBS, Department of Labor

1           (Case called)
2           THE COURT:  All right.  Let me just begin by
3    confirming as I always do that I've received everything I
4    should have with respect to the sentencing.
5           I have the report of the probation office bearing a
6    cover memo dated to me of January 8, 2013.  And I have the
7    defendant's presentence memorandum which looks like I received
8    on January 10 with a number of exhibits.
9           Are there any other documents I should have received
10   in connection with this sentencing?
11          MS. ECHENBERG:  No, your Honor.
12          MR. LAUFER:  No, your Honor.
13          THE COURT:  Can I confirm that both parties have
14   received a copy of the report of the probation department?
15          MR. LAUFER:  We have received it, your Honor.
16          MS. ECHENBERG:  And the government has received it,
17   yes.
18          THE COURT:  Mr. Laufer, have you had a chance to
19   review it with Mr. Walter and do you have any objections to it?
20          MR. LAUFER:  Your Honor, we have reviewed it together
21   and we do not have objections.
22          THE COURT:  Does the government have any objections?
23          MS. ECHENBERG:  No, your Honor.  I would just note in
24   paragraph 15 that Abraham Flom has pled guilty and charges
25   remain against the other defendants listed in that paragraph.

1            THE COURT:  Mr. Laufer.

2            MR. LAUFER:  Your Honor, I will be relatively brief.

3            Chaim Walter has led a praiseworthy life.  He is a
4    person whose decency and good nature is recognized by virtually
5    everyone around him.  It has been said, an old folk saying,
6    your Honor, that there are givers and takers.  There are people
7    whose natural inclination is to give and others whose natural
8    inclination is to take.  And in my own experience, normally the
9    people who do become enmeshed in the criminal justice system
10   tend to be people who are takers.

11           Chaim Walter, your Honor, is a giver, as has been
12   shown in the letters to the Court.  He is a modest man.  He's
13   been reluctant to ask people for letters.  Very often there are
14   more letters that are submitted to the Court and it was with
15   great reluctance that we got him to secure the gratitude back
16   from people whom he has helped in his life.  Some of the things
17   he has done have been noteworthy, truly noteworthy in
18   impacting, your Honor, on people's lives.

19           There is a young man named Elish Bachner who has
20   written to the Court.  He has written to the Court of his own
21   despair, of his own disaffection from his own family, which
22   found him at age about 15 years homeless, virtually homeless.
23   And he was overnight basically sleeping in the synagogue.
24   Noteworthy is that other people did not take note of this but
25   Chaim Walter did take note of it and took the man aside and

asked him if he was hungry, the young boy. And the young boy said yes he was. He bought him a sandwich. He contacted the parents. Ultimately, the boy stayed at the Walter home because he couldn't get along with his family for about four months, as the young boy relates.

He's written a couple sentences, just two sentences that I think are really moving to me. He's written, I'm 19 years old, engaged soon to be married. Only four short years ago I didn't dare dream that marriage was at all possible, while he was going through a rough stage of his life. He writes, I will never forget Mr. Walter's kindness. He saved my life emotionally and physically.

We have the matter of Mr. Michaels who writes of his brother, less dramatic, but he writes of his brother who was a member of the community and had apparently torn himself from the community. Reading between the lines, he describes his brother as a guitar player who was associating with the wrong people. One can only imagine what the wrong people means in that context, but Chaim took the man under his wing. He reintegrated him into the community. He showed him how he could excel as a guitar player in the confines of the community and in a lawful, law-abiding manner.

There are references to foreign boys who come up to him and asked him to solicit funds on their behalf in order to enable them to become married. Mr. Goldhersh writes of his own

1    kid who was depressed and who was failing.

2             These people, your Honor, just to put a little life to

3    this, it is quite possible that without Chaim's intervention,

4    they would sooner or later have found themselves in the

5    position ironically that Chaim find himself before the Court,

6    within the criminal justice system, but he brought them

7    straight.  He impacted, changed these people's lives.

8             Mr. Goldhersh writes of his teenage son.  Similarly,

9    the kid was rebelling.  The kid was depressed.  And,

10   ultimately, Chaim took an interest.  Chaim took an interest and

11   was able to and was able to bring him to a normal status, to a

12   status to a law-abiding, proper status, productive status

13   within society.

14            There is the incident going back ten years ago where

15   Chaim raised funds for a young woman who was blind or was

16   becoming blind.  This young woman, as it's related, was blind

17   in one eye and was becoming blind in the other.  And there was

18   some articles.  Chaim had gone out and solicited funds for this

19   girl to enable her to have the surgery that she needed.  And

20   she is now, she is now a married person.  She is now living, as

21   best we can tell, a normal life.

22            There's one letter, your Honor, that I really would

23   like to point out to the Court because it has indicia of being

24   common but it is entirely uncommon.  And what I'm referring to,

25   your Honor, is the letter from Rabbi Porgis.  Rabbi Porgis is

1    the director of the school system for central UTA and he writes
2    a letter.  And I would assume that in other instances your
3    Honor may have seen such letters in the past that when they
4    were building a school, when they were building a synagogue,
5    Chaim went out of his way and he helped him solicit funds.  He
6    took days off from work.
7             What's remarkable in that letter is that Rabbi Porgis
8    describes Chaim as "a member of our congregation."  A side bar
9    here, your Honor, a side note.  That particular Hasidic
10   community has suffered a very dramatic rift over the past
11   seven, eight or ten years.  It's a rift within the Satmar
12   community that has filtered its way into the courts and there
13   are numerous litigations that bear the competing factions.
14   This letter is written by a director of one of the factions.
15   Chaim Walter is a member of the other faction.  And Chaim
16   Walter reached over the divide and was not looking at labels,
17   was not looking at descriptions and factions and competitions,
18   and he was helping the other side, literally, resulting in this
19   particular letter, which I think is really quite significant in
20   these circumstances.
21            His help to others, his help to people is not limited
22   to within his own community.  There's a letter from
23   Ms. Masonette who has written to the Court how Chaim manages a
24   building where she lived.  He interceded with the landlord when
25   she had lost her job and was unable to make the timely rental

payments.  She was grateful for that.  But then there is that one step further, the one step further.  And she writes that when one of her parents, her mother died, she was unable to fund a proper burial for her mother or proper funeral; and Chaim reached into his own pocket and lent her that money.

This is a big-hearted person, your Honor.  He is a person -- and it's really ironic that he's here because other letters have written how he has tried to guide people, has taken kid on tours of courthouses in order to have the kid understand this is the system, this is the system wherein we live and we must abide.  These are the functions of the various participants in the system.

He's a son.  He's a son like any parent would only wish to have.  He has two parents in faltering health, and there are really accounts of the degree to which they've come to depend on him.  The father in a wheelchair, the mother with Crohn's disease and elderly and was described as weighing some 80 some odd pounds.

One of the letters, filtered within one of the letters, and this is kind of like the added measure, describes his ability when doing a favor to people conveying to them not that he was doing them a favor but they were favoring him by enabling him to do a favor.  And it's a particular kind of charity that is not self-centered, that is not egotistical, but it's genuine, sincere, trying to help people.

             His remorse, his remorse is sincere, your Honor.  He
has written to the Court.  He didn't say no; he should have
said no.  And that will now be added to the argument that he,
when he speaks to young people, when he speaks to young
people -- and he writes how he's avoided business transactions
that had a question mark around them his entire life.  There
was a quirkiness here about his dealings with a fellow named
Lipa Teitelbaum.  He pled guilty.  He did wrong.  He should
have said no; he did not say no.

             But he is a man who is sincere, dedicated, the kind of
person who generates a feeling of warmth, of decency, of
kindness.  He is genuinely contrite, your Honor, and I would
urge the Court be as lenient as is possible.

             Thank you, your Honor.

             THE COURT:  Does the government want to say anything?

             MS. ECHENBERG:  Your Honor, I'll be very brief.  As
your Honor is aware, this defendant was one of the many people
who served as an employment sponsor as part of the immigration
fraud scheme and allowed his company to be used so that that
scheme was able to succeed for a long period of time.  Under
the plea agreement, we have accounted for the defendant's role
and the number of documents at issue which comes to a
guidelines range of ten to 16 months.  And it's the
government's view that that guidelines range is sufficient but
not greater than necessary to meet the factors set forth in

D1HLWALS                         Sentence

1  Title 18, United States Code, Section 3553(a).

2           THE COURT:  Mr. Walter, would you like to say
3  anything?

4           THE DEFENDANT:  Thank you, your Honor, for giving me
5  the opportunity to speak.  It's impossible to bring out the
6  entire feelings of my heart and how remorseful and regretful I
7  feel for what I've done.  It's impossible to fix what I have
8  done.  It has changed my life forever.  I have always watched
9  and advised people to stay away from questionable business and
10 here I am a convicted felon.

11          Your Honor, I was born into a very nice, warm family.
12 It's a strict environment as how to behave.  I am number eight
13 of nine children growing up, and I'm ashamed that I'm the only
14 member in the family that has ever been criminally involved.
15 This is a pain forever and I will take that shame with me for
16 the rest of my life.  I have broken the law and it's difficult
17 for me to face the young people that I have told not to break
18 the law.

19          I ask your Honor to forgive me and understand me.  I
20 was ten years younger when I got involved with those people.
21 It was a different life.  I ask you again, your Honor, for
22 forgiveness and understand that this pain will stay for me
23 forever.

24          I would like to apologize with my devoted wife and
25 children for putting them through this shame.  Life has not

1    been the same for the past 15 months.  I was not the same
2    husband, I was not the same father.  It has been a very
3    difficult chapter in my life.  I was in my own prison.  I did
4    not have the opportunity to perform as a usual father and
5    husband.  It's impossible to bring back those 15 months, and
6    it's impossible to take back the pain that I caused them.  I
7    will spend the rest of my life trying to make them -- make up
8    for what I have hurt them.
9            I am grateful to my lawyers for educating me and
10   helping me to deal with this stress during the difficult time,
11   in particular Ms. Peltz for answering my panic emails in the
12   middle of the night when I couldn't sleep.
13           Your Honor, every crime is a crime.  Some people take
14   it easier; some people take it hard.  I'm a very emotional and
15   giving, loving person.  I have taken this very serious chapter
16   in my life.  My life has been devastated.  I look at myself and
17   I disbelieve and I'm ashamed.  Please accept this as a very
18   serious punishment.  I don't know if this will ever go away.
19           Thank you, your Honor.
20           THE COURT:  Mr. Walter, I think courts and judges
21   sentence two kinds of people:  bad people who do bad things and
22   good people who do bad things.  I think you're in the second
23   category and you deserve to have me consider everything about
24   your life that I've learned.
25           Accordingly, I'm going to place you on probation for a

D1HLWALS                     Sentence

1   period of a year and a half and provide that as a special
2   condition that you perform 150 hours of community service.
3              And there's a mandatory special assessment of $100.
4              The mandatory conditions are imposed as well as the
5   standard conditions.  But of the ones listed on page 19 to 20,
6   I am not imposing the home confinement condition.
7              Is there any request for forfeiture here?
8              MS. ECHENBERG:  No, your Honor, there's not, but we do
9   need to dismiss the remaining counts, Two, Three, and Four.
10             THE COURT:  Okay.  The motion is granted.
11             Is there anything else?
12             MR. LAUFER:  Yes, your Honor.  I wanted to request if
13  that is possible, Mr. Walter, his grand rabbi's grandson is
14  being married next week in Israel, and I was hoping that the
15  Court might consider permitting him to travel to Israel.
16  Probation normally will not allow travel during the first 60 or
17  90 days or so of travel and we would need the Court's
18  permission.
19             MS. ECHENBERG:  We don't have an objection to that,
20  your Honor.
21             THE COURT:  Then he's free to go.  Obviously, he needs
22  to let his probation officer know --
23             MR. LAUFER:  Yes, your Honor.
24             THE COURT:  -- when he's going, where he's staying,
25  when he's coming back.

1       MR. LAUFER:  And pretrial services would give him back
2    his passport?
3       THE COURT:  They will.
4       MR. LAUFER:  Yes, your Honor.
5       THE COURT:  Okay.
6       MS. ECHENBERG:  I think this is probably academic, but
7    if you could advise him that he waived his right to appeal in
8    the plea agreement.
9       THE COURT:  Do you recall that you did waive your
10   right to appeal the sentence?
11      MR. LAUFER:  We did waive our right to appeal.  We are
12   aware of whatever residual right to appeal may exist.
13      THE COURT:  Okay.  Very good.  Thank you.
14      MS. ECHENBERG:  Thank you, your Honor.
15      MR. LAUFER:  Good afternoon, your Honor.
16                              o0o